HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:18-CR-00172-LJO-SKO |
|---|---|---|
| *Plaintiff,* | ) ) ) | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | ) ) | |
| RIQUEZ RODGER RODRIGUEZ, | ) ) | |
| *Defendant.* | ) ) ) | |

Defendant, Riquez Rodger Rodriguez, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release.

Mr. Rodriguez was sentenced to 57 months in custody and 36 months of supervised release. Mr. Rodriguez began his supervised release on August 12, 2022. Mr. Rodriguez submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing Mr. Rodriguez Financial Affidavit, it is respectfully recommended that counsel be appointed.

DATED:  September 23, 2024                    */s/*
                                                                            PEGGY SASSO
                                                                            First Assistant Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: **September 23, 2024**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE